Steven S. Vosbikian
VOSBIKIAN & VOSBIKIAN
Attorney for Plaintiffs
1946 Marlton Pike East
Cherry Hill, NJ 08003
T: (856) 755-1400; F (856) 755-1475
ssvosbikian@voslaw.com

It is so ordered this 19th day of August, 2026. The Clerk's Office is directed to CLOSE this case.

Georgette Castner
GEORGETTE CASTNER, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CARLOS E. AGUILAR CHIMBO,

*Petitioner,*

v.

TODD BLANCHE, ET AL,

*Respondents.*

Civil Action No.: 3:26-cv-09300-GC

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-style action is voluntary dismissed, with prejudice against the Defendants.

Dated this 18th day of August 2026

Respectfully submitted,

VOSBIKIAN & VOSBIKIAN

By: ______________________
STEVEN S. VOSBIKIAN
Attorney for Plaintiff